UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:07-CV-248 (CEJ) |
| | ) | |
| TWENTY-ONE THOUSAND DOLLARS ($21,000.00) U.S. CURRENCY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on plaintiff's motion for default judgment pursuant to Rule 55(b)(2), Fed.R.Civ.P. The Clerk of Court entered default on March 23, 2007.

This is an *in rem* action in which the United States seeks forfeiture of currency in the amount of $21,000. On May 10, 2006, the currency was seized by agents of the Drug Enforcement Administration during the arrest of an individual named Christopher Hawkins. Prior to the arrest, the agents had intercepted a telephone conversation in which Hawkins made arrangements to purchase a kilogram of cocaine. Upon arresting Hawkins, the agents searched his vehicle where they found the subject currency inside a cooler. When questioned by the agents, Hawkins stated that the money was intended for the purchase of a vehicle.

The government filed the instant complaint of forfeiture pursuant to 21 U.S.C. § 881(a)(6) on February 1, 2007. On February 11, 2007, the verified complaint and the warrant of arrest of the subject property was served by certified mail on Hawkins's

attorney. The notice of the seizure and forfeiture action was published in two newspapers on October 30, November 6 and November 13, 2006, and on February 21, 2007. No claim to the defendant currency has been filed in this action and the time allowed for doing so has expired. See Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

The government has shown through its verified complaint that there was reasonable cause for the seizure of the defendant currency. The attorney for potential claimant Hawkins was served with process, and both he and all other potential claimants were served by publication. No claim has been timely filed by any person asserting an interest in the defendant currency. Therefore, the plaintiff is entitled to judgment by default.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for default judgment with respect to the defendant currency in the amount of $21,000.00 [#7] is **granted**.

A separate judgment in accordance with this Order will be entered.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2007.